USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2021



*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMORANDUM ENDORSED**

October 22, 2021

**BY ECF**
The Honorable Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    **United States v. Warren Michael Wilder**, S1 20 Cr. 543 (GHW)

Dear Judge Woods:

    The Government respectfully requests, on consent from defendant Warren Wilder, a two-week extension of the deadlines for pretrial motions, which are currently due by October 27, 2021. The parties have continued to discuss a potential pretrial resolution, but the Government understands that defense counsel's recent attempts to meet with Mr. Wilder have been unsuccessful due to lockdowns at the MDC. The parties expect to have clarity on whether there is likely to be a pretrial resolution or a trial within the next two weeks, and thus respectfully request a two-week extension of the deadline for filing pretrial motions and a corresponding extension of the deadlines for oppositions and replies. Accordingly, if the Court grants this request, pretrial motions would be due November 10, 2021; any oppositions would be due November 24, 2021; and any replies would be due December 1, 2021. This is the parties' third request for an extension of the pretrial motions deadlines.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

    by:    /s/
        Micah F. Fergenson
        Assistant United States Attorney
        (212) 637-2190

cc:    Conor McNamara (By ECF)

Application granted. The deadline for the submission of pretrial motions is extended to November 10, 2021; any oppositions are due no later than November 24, 2021; any replies are due no later than December 1, 2021. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 56.

SO ORDERED.

Dated: October 22, 2021
New York, New York

        _____
        GREGORY H. WOODS
        United States District Judge