```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
   UNITED STATES OF AMERICA                                  :
                                                             :
                                                             :
              -v-                                            :        1:20-cr-543-GHW
                                                             :
                                                             :
   WARREN M. WILDER,                                         :        ORDER
                                                             :
                                        Defendant.           :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/5/2021

GREGORY H. WOODS, United States District Judge:

The Court will hold a conference regarding Lebedin Kofman, LLP's motion to withdraw as counsel for the defendant, Dkt. No. 58, on November 8, 2021 at 9:30 a.m. The proceeding will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 58.

SO ORDERED.

Dated: November 5, 2021
       New York, New York

_____
GREGORY H. WOODS
United States District Judge