```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
    UNITED STATES OF AMERICA                                  :
                                                              :
                                                              :
                  -v-                                         :     1:20-cr-543-GHW
                                                              :
                                                              :
    WARREN M. WILDER,                                         :     ORDER
                                                              :
                                         Defendant.           :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/2021

GREGORY H. WOODS, United States District Judge:

As stated on the record during the conference held on November 8, 2021, Lebedin Kofman LLP's motion to withdraw as counsel for the defendant, Dkt. No. 58, is granted. The deadline for submission of pretrial motions is adjourned pending receipt of a joint letter from the parties proposing a new briefing schedule for pretrial motions in light of Mr. Wilder's change in counsel. The parties are directed to submit the joint letter no later than November 15, 2021.

The Clerk of Court is instructed to terminate Conor McNamara and Russ Kofman from the list of active counsel in this case.

SO ORDERED.

Dated: November 8, 2021
       New York, New York

_____
GREGORY H. WOODS
United States District Judge