USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/3/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
    UNITED STATES OF AMERICA      :

              -v-              :      1:20-cr-543-GHW

    WARREN M. WILDER,            :      <u>ORDER</u>

                       Defendant.  :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

The conference scheduled for December 17, 2021 is adjourned *sine die*. As stated in the Court's December 2, 2021 order, Dkt. No. 67, the Court will hold a hearing on any defense motions necessitating a hearing on January 13, 2022 at 1:00 p.m.

SO ORDERED.

Dated: December 3, 2021
       New York, New York

                                              GREGORY H. WOODS
                                           United States District Judge