USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
    UNITED STATES OF AMERICA      :

                     -v-                    :        1:20-cr-543-GHW

    WARREN M. WILDER,                 :        ORDER

                Defendant.  :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

    The deadline for Defendant to submit pretrial motions was December 10, 2021. As of this date, the Court has not received any pretrial motions from Defendant. Accordingly, the hearing on any defense motions necessitating a hearing, which is scheduled for January 13, 2022, is adjourned *sine die*.

    SO ORDERED.

Dated: December 13, 2021
       New York, New York

                                                                      _____
                                                                  GREGORY H. WOODS
                                                            United States District Judge