

SAMIDH GUHA
212-399-8350 PHONE
sguha@perryguha.com EMAIL

# MEMORANDUM ENDORSED

January 11, 2022

**VIA ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/2022
```

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:   *United States v. Warren Michael Wilder*, 20 Cr. 543 (GHW)
             **Request for Plea Hearing**

Dear Judge Woods:

    We represent Mr. Wilder in the above-captioned case, which is calendared for trial on February 22, 2022. Pretrial filings are due January 13, 2022.

    Mr. Wilder intends on withdrawing his current plea of not guilty and to enter a plea of guilty to the Indictment. We understand that the Court may be able to hold an in person change of plea hearing on January 25, 2022. We would welcome that date, but we would of course be prepared to go forward with another date or with a remote hearing at the Court's convenience.

    In light of Mr. Wilder's intention to enter a guilty plea, we request, with the consent of the government, that the Court adjourn pretrial motions *sine die*. We do not believe that there are any Speedy Trial Act exclusions implicated by these requests.

    We thank the Court for its consideration of this matter.

                                                  Regards,

                                                  Samidh Guha
                                                  Joshua Perry
                                                  Sophia G. Weinstock
                                                  PERRY GUHA LLP
                                                  1740 Broadway, 15th Floor
                                                  New York, New York 10019
                                                  Email: sguha@perryguha.com

The Honorable Gregory H. Woods
January 10, 2022

Telephone: (212) 399-8330
Facsimile: (212) 399-8331

*Attorneys for Defendant Warren Michael Wilder*

cc: AUSA Micah Fergenson (via ECF)

Application granted.  The Court will hold a change of plea hearing in this matter on January 20, 2022 at 2:00 p.m.  The proceeding will take place on the Zoom.gov platform.  Members of the public who wish to audit the proceeding may do so using the following dial-in information:  (888) 557-8511; Access Code:  7470200#.

The deadline for the submission of the pretrial materials required by Rule 6 of the Courts Individual Rules of Practice in Criminal Cases, including motions in limine, is extended to February 1, 2022.  If any motions in limine are filed, opposition papers are due no later than seven days after the date of service of the motion. Reply papers, if any, are due no later than four days after the date of service of the opposition. The final pretrial conference scheduled for February 7, 2022. is adjourned to February 14, 2022 at 10:00 a.m.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 76.

SO ORDERED.

Dated:  January 18, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge