```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
   UNITED STATES OF AMERICA,                                  :
                                                              :
                                                              :
                  -v-                                         :
                                                              :
                                                              :
   WARREN M. WILDER,                                          :
                                                              :
                                        Defendant.            :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/19/2022

1:20-cr-543-GHW-2

ORDER

GREGORY H. WOODS, United States District Judge:

The remote proceeding scheduled in this matter for January 20, 2022 is adjourned to January 25, 2022 at 1:00 p.m.  Members of the public who wish to audit the proceeding may do so using the following dial-in information:  (888) 557-8511; Access Code:  7470200#.

SO ORDERED.

Dated: January 19, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge