USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/17/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
    UNITED STATES,

           -v-

    WARREN MICHAEL WILDER, *a/k/a*
    SUPREME, *a/k/a*, PREME, *a/k/a* SEALED
    DEFENDANT 1,

                      Defendant.
------------------------------------------------------------- X

1:20-cr-543-GHW-2

ORDER

GREGORY H. WOODS, United States District Judge:

    Sentencing for Mr. Wilder will be conducted on Tuesday, November 29, 2022 at 10:00 a.m. Sentencing will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The defense's sentencing submissions are due two weeks before sentencing. The Government's sentencing submissions are due one week before sentencing.

    SO ORDERED.

Dated: October 17, 2022
         New York, New York

                                        GREGORY H. WOODS
                                        United States District Judge