**PG | PERRY GUHA LLP**

SAMIDH GUHA
212-399-8350 PHONE
sguha@perryguha.com EMAIL

# MEMORANDUM ENDORSED

VIA ECF

November 22, 2022

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2022
```

**Re:** *United States v. Warren Wilder*, 20 Cr. 543 (GHW)
Request to Adjourn Sentencing Hearing

Dear Judge Woods:

    We represent Mr. Wilder in the above-captioned matter. Earlier today, the Court adjourned Mr. Wilder's sentencing before Your Honor to December 13, 2022 at 2:00 PM. *See* ECF 130. This afternoon, we spoke with courtroom deputy Wileen Joseph and communicated conflicts in our schedule with that date. She confirmed that December 19, 2022 is the next available date on the Court's calendar. We write to request that Mr. Wilder's sentencing be adjourned to December 19th, 2022, at any time that is convenient for the Court. We have conferred with the government, who has no objection to this request and is available at that time for Mr. Wilder's sentencing.

    We apologize for not conveying to the Court in our prior letter conflicts in our own schedule that would impact selecting a new sentencing date. As we discussed with Ms. Joseph, counsel for Mr. Wilder is lead counsel in an arbitration in another matter scheduled to take place in person in New York on December 13th through December 15th.

    As such, we respectfully ask the Court to adjourn Mr. Wilder's sentencing to December 19th, 2022, at a time convenient for Your Honor.

    Thank you for Your Honor's flexibility and consideration of this request.

Respectfully submitted,

*/s/ Samidh Guha*

Samidh Guha
Sophia Weinstock Kielar
PERRY GUHA LLP
1740 Broadway, 15th Floor
New York, New York 10019
Email: sguha@perryguha.com
Telephone: (212) 399-8330
Facsimile: (212) 399-8331

*Counsel for Defendant Warren Wilder*

Application granted. The sentencing hearing is adjourned to December 19, 2022 at 1:00 p.m. The Clerk of the Court is directed to terminate the motion pending at Dkt. No. 131.

SO ORDERED.

Dated: November 22, 2022

_____
GREGORY H. WOODS
United States District Judge