UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA :
:
:
:
-v- :
:
:
:
WARREN M. WILDER, :
:
Defendant. :
-------------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/20/2023
```

1:20-cr-543-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On June 15, 2023 a letter from Mr. Wilder was filed on the docket of this case. Dkt. No. 155. The letter seeks the Court's assistance with the return of his personal cellphone. The Court requests that the United States write the Court regarding the status of Mr. Wilder's request no later than July 18, 2023.

SO ORDERED.

Dated: June 20, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge